IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-00350-01-CR-W-SOW |
| | ) | |
| MELVIN BLACKMON, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:

On or about October 27, 2009, defendant Melvin Blackmon, by force, violence, and intimidation, took and caused to be taken from the presence or person of bank employee, Aileen Jeanneret, and others, approximately $2,400.00 in money belonging to and in the care, custody, control, management, and possession of the Bank Midwest, 1111 Main Street, Kansas City, Missouri, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
       Government:  David Barnes
       Case Agent: Special Agent Michael West of the FBI
       Defense:  Bill Raymond

**OUTSTANDING MOTIONS**:    The undersigned has prepared a Report and Recommendation with respect to Defendant's Motion to Suppress Evidence (doc #20).  The District Court's ruling on this motion is pending.

**TRIAL WITNESSES**:
       Government:  18 without stipulations;  13 with stipulations
       Defendants:  4-5 witnesses; the defendant may testify

**TRIAL EXHIBITS:**
       Government:  30 exhibits
       Defendant:  20 exhibits or less

**DEFENSES**:  General denial

**POSSIBLE DISPOSITION**:
            ( **X** ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:** 2 ½-3 days
    Government's case including jury selection: 2 days
    Defense case: ½ -1 day

**STIPULATIONS**: The government will ask defendant to stipulate that the bank was insured by the FDIC.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**
    **Witness and Exhibit List**
    Government: To be filed by May 11, 2010
    Defense: To be filed by May 11, 2010
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday,** June 2, 2010
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** No motions in limine are anticipated. However, if counsel decides to file such motions the deadline is May 21, 2010 with oppositions by May 28, 2010.

**TRIAL SETTING**: Criminal jury trial docket commencing June 7, 2010
    **Please note:** The parties request the second week of the docket. A police officer who will be called by the government is out of town during the first week of the docket.

**IT IS SO ORDERED.**

                              /s/ *Sarah W. Hays*
                          SARAH W. HAYS
                  UNTIED STATES MAGISTRATE JUDGE