IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-0350-01-CR-W-SOW |
| | ) | |
| MELVIN BLACKMON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before this Court are the Report and Recommendation of United States Magistrate Sarah W. Hays regarding defendant's Motion to Suppress Evidence (Doc. #20) and defendant Blackmon's Objections. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence (Doc. #20) is denied.

       /s/ Scott O. Wright
       SCOTT O. WRIGHT
       Senior United States District Judge

Date:  5/17/2010